Voucher #: 003491 Sort Order: 19

Jiengju James Lin  ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-  Period Start Date 01-01-2024  Check Date 01-19-2024  Federal Filing Status SS/Single
EMP# F70754  Period End Date 01-14-2024  Check Number 0011376717  State Filing Status NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 01-08-2024 | SALARY | 62.6117 | 40.00 | 2504.47 |
| TOTAL | | | 40.00 | 2,504.47 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 160.25 | 160.25 |
| MEDICARE | 36.31 | 36.31 |
| SOC SECURITY | 155.28 | 155.28 |
| TOTAL | 351.84 | 351.84 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 2,152.63 |
| TOTAL DEPOSITED | | $2,152.63 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $2,152.63 |
| TOTAL NET PAY | $2,152.63 |
| TOTAL NET PAY YTD | $2,152.63 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 40.00 | 2504.47 |
| TOTAL | 40.00 | $2,504.47 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Best wishes for a Happy Birthday!

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011376717
Pay Date 01-19-2024

PAY Non-negotiable                                $0.00

TO THE
ORDER    Jiengju James Lin
OF       17311 Kiowa River Ln
         Houston, TX 77095

\*\*\* Non-Negotiable \*\*\*

Voucher #: 003521 Sort Order: 21

Jiengju James Lin

ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-
EMP# F70754
Period Start Date 01-15-2024
Period End Date 01-28-2024
Check Date 02-02-2024
Check Number 0011453008
Federal Filing Status SS/Single
State Filing Status NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 01-15-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 722.86 | 883.11 |
| MEDICARE | 72.63 | 108.94 |
| SOC SECURITY | 310.55 | 465.83 |

TOTAL   80.00   5,008.94

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,902.90 |

TOTAL DEPOSITED   $3,902.90

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,902.90 |
| TOTAL NET PAY | $3,902.90 |
| TOTAL NET PAY YTD | $6,055.53 |

TOTAL   1,106.04   1,457.88

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 120.00 | 7513.41 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|

TOTAL   120.00   $7,513.41

TOTAL   0.00   0.00

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

---

ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011453008
Pay Date 02-02-2024

PAY  Non-negotiable                                                                 $0.00

TO THE ORDER OF
Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003550 Sort Order: 20

Jiengju James Lin  
ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-  
EMP# F70754  
Period Start Date 01-29-2024   Check Date 02-16-2024   Federal Filing Status SS/Single  
Period End Date 02-11-2024   Check Number 0011514201   State Filing Status NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 01-29-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |
| TOTAL | | | 80.00 | 5,008.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 722.86 | 1605.97 |
| MEDICARE | 72.63 | 181.57 |
| SOC SECURITY | 310.56 | 776.39 |
| TOTAL | 1,106.05 | 2,563.93 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,902.89 |
| TOTAL DEPOSITED | | $3,902.89 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,902.89 |
| TOTAL NET PAY | $3,902.89 |
| TOTAL NET PAY YTD | $9,958.42 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 200.00 | 12522.35 |
| TOTAL | 200.00 | $12,522.35 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.  
G&A OUTSOURCING III, LLC  
17220 KATY FREEWAY, STE 350  
HOUSTON, TX 77094

Check No. 0011514201  
Pay Date 02-16-2024

PAY Non-negotiable                                              $0.00

TO THE ORDER OF  
Jiengju James Lin  
17311 Kiowa River Ln  
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003579 Sort Order: 22

Jiengju James Lin

ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

| | | |
|---|---|---|
| SSN# XXX-XX | Period Start Date 02-12-2024 | Check Date 03-01-2024 Federal Filing Status SS/Single |
| EMP# F70754 | Period End Date 02-25-2024 | Check Number 0011602066 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 02-12-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 862.24 |
| DENTAL 125 | 55.00 | 55.00 |
| VISION 125 | 10.00 | 10.00 |
| FEDERAL TAX | 507.24 | 2113.21 |
| MEDICARE | 59.19 | 240.76 |
| SOC SECURITY | 253.06 | 1029.45 |

TOTAL     80.00     5,008.94

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.21 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.21 |

TOTAL DEPOSITED     $3,262.21
TOTAL NET PAY     $3,262.21
TOTAL NET PAY YTD     $13,220.63

TOTAL     1,746.73     4,310.66

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 280.00 | 17531.29 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | 1310.82 | 1310.82 |
| DENTAL | 55.00 | 55.00 |
| VISION | 10.00 | 10.00 |

TOTAL     280.00     $17,531.29

TOTAL     1,375.82     1,375.82

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011602066
Pay Date 03-01-2024

PAY  Non-negotiable                                                                                               $0.00

TO THE
ORDER
OF

Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003643  Sort Order: 22

Jiengju James Lin

ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX
EMP# F70754

Period Start Date 02-26-2024   Check Date 03-15-2024   Federal Filing Status SS/Single
Period End Date 03-10-2024   Check Number 0011680866   State Filing Status NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 02-26-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |
| TOTAL | | | 80.00 | 5,008.94 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 1724.48 |
| DENTAL 125 | 55.00 | 110.00 |
| VISION 125 | 10.00 | 20.00 |
| FEDERAL TAX | 507.24 | 2620.45 |
| MEDICARE | 59.18 | 299.94 |
| SOC SECURITY | 253.07 | 1282.52 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.21 |
| TOTAL DEPOSITED | | $3,262.21 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.21 |
| TOTAL NET PAY | $3,262.21 |
| TOTAL NET PAY YTD | $16,482.84 |

TOTAL  1,746.73  6,057.39

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 360.00 | 22540.23 |
| TOTAL | 360.00 | $22,540.23 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | -862.24 | 448.58 |
| DENTAL | -55.00 | 0.00 |
| VISION | -10.00 | 0.00 |
| TOTAL | -927.24 | 448.58 |

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011680866
Pay Date 03-15-2024

PAY  Non-negotiable                                                     $0.00

TO THE ORDER OF   Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003677 Sort Order: 22

Jiengju James Lin

ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX
EMP# F70754
Period Start Date 03-11-2024   Check Date        03-29-2024  Federal Filing Status  SS/Single
Period End Date  03-24-2024   Check Number   0011764936  State Filing Status    NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 03-11-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |
| TOTAL | | | 80.00 | 5,008.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| VISION 125 | 0.00 | 20.00 |
| DENTAL 125 | 0.00 | 110.00 |
| MEDICAL 125 | 0.00 | 1724.48 |
| FEDERAL TAX | 722.86 | 3343.31 |
| MEDICARE | 72.63 | 372.57 |
| SOC SECURITY | 310.55 | 1593.07 |
| TOTAL | 1,106.04 | 7,163.43 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,902.90 |
| TOTAL DEPOSITED | | $3,902.90 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,902.90 |
| TOTAL NET PAY | $3,902.90 |
| TOTAL NET PAY YTD | $20,385.74 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 440.00 | 27549.17 |
| TOTAL | 440.00 | $27,549.17 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | 0.00 | 448.58 |
| TOTAL | 0.00 | 448.58 |

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011764936
Pay Date 03-29-2024

PAY  Non-negotiable                                                                                                         $0.00

TO THE
ORDER
OF
Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003712 Sort Order: 23

Jiengju James Lin

ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-
EMP# F70754
Period Start Date 03-25-2024
Period End Date 04-07-2024
Check Date 04-12-2024
Check Number 0011853413
Federal Filing Status SS/Single
State Filing Status NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 03-25-2024 | SALARY | 62.6117 | 72.00 | 4508.04 |
| 03-25-2024 | HOLIDAY | 62.6117 | 8.00 | 500.89 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 2586.72 |
| DENTAL 125 | 55.00 | 165.00 |
| VISION 125 | 10.00 | 30.00 |
| FEDERAL TAX | 507.24 | 3850.55 |
| MEDICARE | 59.19 | 431.76 |
| SOC SECURITY | 253.07 | 1846.14 |

TOTAL    80.00    5,008.93

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.19 |

TOTAL DEPOSITED   $3,262.19

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.19 |
| TOTAL NET PAY | $3,262.19 |
| TOTAL NET PAY YTD | $23,647.93 |

TOTAL   1,746.74   8,910.17

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 512.00 | 32057.21 |
| HOLIDAY | 8.00 | 500.89 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | 1310.82 | 1759.40 |
| DENTAL | 55.00 | 55.00 |
| VISION | 10.00 | 10.00 |

TOTAL   520.00   $32,558.10

TOTAL   1,375.82   1,824.40

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.
G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011853413
Pay Date 04-12-2024

PAY  Non-negotiable                         $0.00

TO THE ORDER OF
Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003744  Sort Order: 20

**Jiengju James Lin**  ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

| | | |
|---|---|---|
| SSN# XXX-XX-   | Period Start Date 04-08-2024  Check Date | 04-26-2024  Federal Filing Status  SS/Single |
| EMP# F70754 | Period End Date 04-21-2024  Check Number | 0011936822  State Filing Status  NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 04-08-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |
| **TOTAL** | | | **80.00** | **5,008.94** |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 3448.96 |
| DENTAL 125 | 55.00 | 220.00 |
| VISION 125 | 10.00 | 40.00 |
| FEDERAL TAX | 507.24 | 4357.79 |
| MEDICARE | 59.18 | 490.94 |
| SOC SECURITY | 253.06 | 2099.20 |
| **TOTAL** | **1,746.72** | **10,656.89** |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.22 |
| **TOTAL DEPOSITED** | | **$3,262.22** |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.22 |
| TOTAL NET PAY | $3,262.22 |
| TOTAL NET PAY YTD | $26,910.15 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 592.00 | 37066.15 |
| HOLIDAY | 8.00 | 500.89 |
| **TOTAL** | **600.00** | **$37,567.04** |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | -862.24 | 897.16 |
| DENTAL | -55.00 | 0.00 |
| VISION | -10.00 | 0.00 |
| **TOTAL** | **-927.24** | **897.16** |

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0011936822
Pay Date 04-26-2024

**PAY** Non-negotiable                                $0.00

TO THE ORDER OF
Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003776  Sort Order: 22

**Jiengju James Lin**  ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-  Period Start Date 04-22-2024  Check Date 05-10-2024  Federal Filing Status SS/Single
EMP# F70754   Period End Date 05-05-2024  Check Number 0012025233  State Filing Status NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 04-22-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |
| **TOTAL** | | | **80.00** | **5,008.94** |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 4311.20 |
| DENTAL 125 | 55.00 | 275.00 |
| VISION 125 | 10.00 | 50.00 |
| FEDERAL TAX | 507.24 | 4865.03 |
| MEDICARE | 59.19 | 550.13 |
| SOC SECURITY | 253.07 | 2352.27 |
| **TOTAL** | **1,746.74** | **12,403.63** |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.20 |
| **TOTAL DEPOSITED** | | **$3,262.20** |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.20 |
| TOTAL NET PAY | $3,262.20 |
| TOTAL NET PAY YTD | $30,172.35 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 672.00 | 42075.09 |
| HOLIDAY | 8.00 | 500.89 |
| **TOTAL** | **680.00** | **$42,575.98** |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | 1310.82 | 2207.98 |
| DENTAL | 55.00 | 55.00 |
| VISION | 10.00 | 10.00 |
| **TOTAL** | **1,375.82** | **2,272.98** |

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.
G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0012025233
Pay Date 05-10-2024

**PAY** Non-negotiable                                                            $0.00

**TO THE ORDER OF**
Jiengju James Lin
17311 Kiowa River Ln
Houston, TX 77095

*** Non-Negotiable ***

Voucher #: 003809 Sort Order: 19

Jiengju James Lin     ISOMERIC INDUSTRIES INC. - 1600 First Ave., Bldg. 1-A - BIG SPRING, TX 79720 - 678-665-4275

SSN# XXX-XX-    Period Start Date 05-06-2024   Check Date  05-24-2024  Federal Filing Status  SS/Single
EMP# F70754     Period End Date   05-19-2024   Check Number 0012116146  State Filing Status   NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 05-06-2024 | SALARY | 62.6117 | 80.00 | 5008.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICAL 125 | 862.24 | 5173.44 |
| DENTAL 125 | 55.00 | 330.00 |
| VISION 125 | 10.00 | 60.00 |
| FEDERAL TAX | 507.24 | 5372.27 |
| MEDICARE | 59.18 | 609.31 |
| SOC SECURITY | 253.06 | 2605.33 |

TOTAL    80.00    5,008.94

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | CHECKING | 3,262.22 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $3,262.22 |
| TOTAL NET PAY | $3,262.22 |

TOTAL DEPOSITED  $3,262.22   TOTAL NET PAY YTD  $33,434.57   TOTAL  1,746.72  14,150.35

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 752.00 | 47084.03 |
| HOLIDAY | 8.00 | 500.89 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| MEDICAL | -862.24 | 1345.74 |
| DENTAL | -55.00 | 0.00 |
| VISION | -10.00 | 0.00 |

TOTAL  760.00  $47,584.92                          TOTAL  -927.24  1,345.74

Service Provider: G&A OUTSOURCING III, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094



ISOMERIC INDUSTRIES INC.

G&A OUTSOURCING III, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0012116146
Pay Date 05-24-2024

PAY  Non-negotiable                                       $0.00

TO THE
ORDER    Jiengju James Lin
OF       17311 Kiowa River Ln         *** Non-Negotiable ***
         Houston, TX 77095